IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANDS TEACHING HOSPITAL
AND CLINICS, a Florida not for
profit corporation,

       Plaintiff,

vs.                                 CASE NO.: 1:06cv111-SPM/AK

TOM JAMES COMPANY,
a Tennessee corporation, et al.,

       Defendants.
_____/

**ORDER STAYING CASE PENDING SETTLEMENT NEGOTIATIONS**

Upon consideration of Plaintiff's unopposed motion for extension of time and motion to stay proceedings pending outcome of settlement negotiations (doc. 12), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 12) is granted.

2.    This case is stayed, with all time periods tolled, for a period of sixty (60) days from the date of this order or until the filing of a notice that settlement negotiations have come to a standstill, whichever occurs first.

3.    Plaintiff shall have ten (10) days after the stay is lifted within which to file a response to the motion to dismiss.

DONE AND ORDERED this 22nd day of August, 2006.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge